FILED
2011 Feb-07 PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2011 FEB -4 A 11: 49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

WESLEY TURLEY,

        Plaintiff

v.                                              CV-11-HGD-0408-E

**DEPUTY NESMITH**

## COMPLAINT

**Introductory Statement, Parties and Jurisdiction**

    1.    Plaintiff brings this action for damages arising from a violation of his constitutional rights by defendant who acted with deliberate indifference in causing a collision that led to plaintiff suffering permanent and disabling physical injuries. Plaintiff alleges that he was subjected to an unreasonable seizure by defendant, in violation of his right to be free from such as protected by the Fourth Amendment to the United States Constitution, made applicable to the states through the Fourteenth Amendment's due process clause.

    2.    Plaintiff was, at all times relevant to this action, a resident citizen of Anniston, Alabama in the Eastern Division of the Northern District of Alabama. He is currently a patient at the VA Medical Center in Tuscaloosa.

    3.    Defendant was, at all times relevant to this action, a deputy working for the Calhoun County Sheriff's Department in the Eastern Division of the Northern

*TURLEY v. NESMITH*
*Complaint*
*Page -2-*

District of Alabama and acting under color of state law in the line and scope of his employment. He is sued in his individual capacity.

4. This Court has jurisdiction over this action pursuant to 42 U.S.C. § 1983, which creates a cause of action for victims of constitutional violations by persons acting under color of state law. In addition, this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3) which give federal courts jurisdiction over matters involving federal questions and civil rights respectively.

**Facts**

5. On, or about, February 2, 2009 plaintiff was a passenger in the back seat of a car driven by Daniel Little. A law enforcement officer attempted to stop the car. However, when Mr. Little saw the lights of the car attempting to stop him, he drove away at an excessive speed. A high speed chase ensued over which plaintiff had no control.

6. Among those engaged in the pursuit was defendant. At some point, Mr. Little stopped his car. Defendant made no effort to stop the car he was driving and, at approximately seventy miles per hour, drove his car into the side of the car in which plaintiff was riding, throwing plaintiff out of the car.

7. Plaintiff alleges that defendant had ample opportunity to see that Mr.

*TURLEY v. NESMITH*
Complaint
Page -3-

Little had stopped and ample opportunity to brake his car but chose not to do so. His failure to make any attempt to stop and prevent the collision constituted deliberate indifference to Mr. Little's safety and, more importantly, to that of his passengers. Plaintiff alleges that defendant was aware that Mr. Little was not the sole occupant of the car he was driving and that he had no probable cause to believe that the passengers bore any responsibility for Mr. Little's actions.

8. As a consequence of the collision, plaintiff suffered the following injuries: he suffered a gash to his forehead and the top of his skull requiring approximately fourteen stitches; his right clavicle was broken; his right arm is now paralyzed from the shoulder to the wrist; his neck was fractured; his lower back was fractured.

9. Plaintiff is now permanently disabled. He has incurred substantial and ongoing medical expenses. As a consequence of this incident, plaintiff also lost his job and has not been able to return to work since.

**WHEREFORE**, plaintiff seeks the following relief:

1. A judgment against defendant for such compensatory and punitive damages as a jury may award;

2. His costs for pursuing this matter; and

3.   Such other, further and different relief as to which he may be entitled.

*(signature)*
Westley Turley
VA Medical Center Tuscaloosa
3701 Loop Rd. East
Tuscaloosa, AL 35404
205-554-2000
Pro Se

### PLAINTIFF DEMANDS TRIAL BY JURY

NB: Complaint drafted by David Gespass, Gespass & Johnson, P.O. Box 550242, Birmingham, AL 35255-0242