UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WESTLEY TURLEY,           )<br>                                              )<br>           Plaintiff        )<br>                                              )<br> vs.                                     )           Case No.  1:11-cv-00408-WMA<br>                                              )<br>DEPUTY NESMITH,      )<br>                                              )<br>           Defendant   ) | |

**MEMORANDUM OPINION**

On October 17, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the Renewed Motion to Dismiss for Lack of Prosecution filed by defendant be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 5th day of November, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE